before November 23, 1928. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MARGARET LLOYD, as Administratrix, etc., of CHARLES LLOYD, Deceased, v. CABCO OWNERS ASSOCIATION, INC., and Another.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LILLIAN G. MAXWELL v. WILLIAM J. MAXWELL.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

PLEATERS & STITCHERS ASSOCIATION, INC., and Others v. MORRIS E. TAFT and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

PLEATERS & STITCHERS ASSOCIATION, INC., and Others v. MORRIS E. TAFT and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

METROPOLITAN LIFE INSURANCE COMPANY v. 1160 BROADWAY REALTY CORPORATION, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal to be filed on or before November 22, 1928. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

RELIABLE PIECE DYE WORKS, INC., v. MYLES REALTY COMPANY and Another.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LOUIS N. CREIGHTON and Another v. COMMERCIAL BUILDING COMPANY and Others, Impleaded with BERTHA FREED.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LILLIAN ROSENTHAL v. NATHAN ROSENTHAL.— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ALONZO SYLVESTER JACKSON.— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

OLIVER M. FORD, etc., and Others, v. HARLEM ALLIED ASSOCIATES, INC., and Others.—Motion to dismiss appeal denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

AUSTIN BALDWIN & CO., INC., v. R. F. DOWNING & CO., INC.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of the CHEMICAL NATIONAL BANK OF NEW YORK, as Executor, etc., of GEORGE CHRISTOPHER RIGGS, Deceased.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

SAMUEL BERNSTEIN v. MACVEADY, INC.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CLARA SULLIVAN v. WILLIAM J. SULLIVAN.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

EDWARD LIVINGSTON, an Infant, etc., v. JAMES H. ROANE.— Motion granted so far as to stay execution of judgment pending the determination by this court of the motion to be made for leave to appeal or for reargument, and in the event